**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Case Number 10-rj-00024-CBS

Jordan Newsome

    Plaintiff/Judgment Creditor

v.

Regent Asset Management Solutions, Inc.,

    Defendant/Judgment Debtor

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT AND RELEASE OF FUNDS PURSUANT TO WRIT OF GARNISHMENT**

---

IT IS ORDERED that judgment in the amount of $5,458.27 is entered in favor of the judgment debtor, Regent Asset Management Solutions, Inc, and against the garnishee, BBVA Compass Bank, for the use of the judgment creditor Jordan Newsome.

IT IS FURTHER ORDERED that these funds shall be paid by garnishee BBVA Compass Bank into the registry of the Court. Garnishee BBVA Compass Bank shall tender its check for $5,458.27 payable to the Clerk of the United States District Court, together with a copy of this Order, to:

    Clerk of the Court
    Alfred A. Arraj United States Courthouse
    901 19th Street, Room A-105
    Denver, CO 80294

IT IS FURTHER ORDERED that a copy of this Order is to be mailed to the following:

    Compass Bank
    c/o Brian J. Berardini
    Brown, Berardini & Dunning, P.C.
    2000 S. Colorado Blvd., Tower 2, Ste. 700
    Denver, CO 80222

DATED at Denver, Colorado, this 14th day of December, 2010.

BY THE COURT:

Craig B. Shaffer
United States Magistrate Judge