IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 1:10-rj-00024

JORDAN NEWSOME,

> Judgment Creditor,

v.

REGENT ASSET MANAGEMENT SOLUTIONS, INC.,

> Judgment Debtor.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

THIS MATTER IS before the court on Judgment Creditor's Motion to Compel (*doc # 32*) filed March 13, 2011.  IT IS HEREBY ORDERED that the deadline for Judgment Debtor to file any response to the instant Motion is **March 29, 2011**, and no reply is permitted to be filed.

**DATED:**       March 15, 2011