IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 10-rj-00024-NONE-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: April 22, 2011 | Courtroom Deputy: Laura Galera |

| *Parties:* | *Counsel:* |
|---|---|
| JORDAN NEWSOME | Sid R. Klemm (By Telephone) |
|     Judgment Creditor, | |
| v. | |
| REGENT ASSET MANAGEMENT SOLUTIONS, INC., | Mark Lukehart (For Michael Scata) |
|     Judgment Debtor, | |
| v. | |
| BBVA COMPASS, CHASE BANK, TCF BANK, VECTRA BANK, WELLS FARGO BANK, WEDENEM CREDIT UNION, PREMIER MEMBERS FCU, FIRSTIER BANK, and FIRST NATION BANK, | |
|     Garnishees. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in Session:** 2:16 p.m.
Court calls case. Appearances of counsel.

Court questions Mr. Klemm regarding the legal authority for the Motion to Compel [32].

It was ORDERED:

    1.    Motion to Compel [32] is DENIED WITHOUT PREJUDICE. Judgment Debtor may file a new motion to compel and identify who has the obligation to answer discovery as well as the legal basis for that obligation.

HEARING CONCLUDED.

**Court in recess**: 2:32 p.m.
Total time in court:    00:16

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.